IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ex rel. Braeden M. Hearrell, | § § § § § | |
| *Relator*, | § § | |
| v. | § | CIVIL ACTION NO. 2:21-CV-00204-JRG |
| ALLERGAN, INC., | § § § | |
| *Defendant*. | § § | |

**FINAL JUDGMENT**

Pursuant to Rule 58 of the Federal Rules of Civil Procedure, in accordance with the Court's prior rulings and the entirety of the record, the Court hereby **ORDERS** and **ENTERS JUDGMENT** as follows:

1. Relator takes nothing on its claims against Defendant.
2. All pending motions are **DENIED AS MOOT**. The Clerk of Court is directed to **CLOSE** the above-captioned case.

**So Ordered this**

**Feb 28, 2025**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE